to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. George L. Nye* and *Robert G. Bosworth* for petitioner. No appearance for respondents.

No. 1031. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC R. Co. *v.* O'CONNOR, ADMINISTRATRIX. May 28, 1934. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Messrs. A. C. Erdall, F. W. Root,* and *C. S. Jefferson* for petitioner. *Messrs. Tom Davis, Ernest A. Michel, John I. Davis,* and *A. L. Janes* for respondent.

No. 1043. UNITED BRITISH STEAMSHIP COMPANY, LTD. *v.* NEWFOUNDLAND EXPORT & SHIPPING CO., LTD., ET AL. May 28, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles R. Hickox* for petitioner. *Messrs. F. Herbert Prem, D. Roger Englar,* and *Henry N. Longley* for respondents.

No. 1074. JINDRA *v.* UNITED STATES. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Bart A. Riley* and *J. Aron Abbott* for petitioner. No appearance for the United States.

No. 1097. MARCUM *v.* MARCUM ET AL. June 4, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Louis Titus* and *James T. Crouch* for petitioner. No appearance for